

# Fourth Court of Appeals
## San Antonio, Texas

April 23, 2020

No. 04-20-00083-CV

Perla Ines **GUTIERREZ**,
Appellant

v.

Ruben Oscar **GUTIERREZ**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2018FLA000140-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

The reporter's record in this case was originally due on March 16, 2020. On March 20, 2020, this court notified the court reporter that the reporter's record was late. On April 23, 2020, the court reporter responded to our notice by stating that the reporter's record was not filed because appellant had failed to pay or make arrangements to pay the reporter's fee for preparing the record and that appellant was not entitled to appeal without paying the fee.

We therefore **ORDER** that appellant provide written proof to this court that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee **by May 4, 2020.** If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of April, 2020.



MICHAEL A. CRUZ,
Clerk of Court